# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN L. ROLLER

   v.

LEWIS COUNTY JAIL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5699RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is **DISMISSED,** as the filing fee has not been paid.

| | |
|---|---|
|  May 3, 2007 |  BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |